HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.

326 So.2d 686

**In re Bruce L. SMITH**

v.

**STATE.**

**Ex parte Bruce L. Smith.**

**SC 1688.**

Supreme Court of Alabama.

Feb. 20, 1976.

James W. Garrett, Jr., Montgomery, for petitioner.

None for the State.

ALMON, Justice.

Petition of Bruce L. Smith for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Smith v. State*, 57 Ala. App. 151, 326 So.2d 680.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.

327 So.2d 723

**In re Alice Eulene SOLINGER**

v.

**Sarah Jean SOLINGER, as Administratrix, etc.**

**Ex parte Sarah Jean SOLINGER, as Administratrix, etc.**

**SC 1687.**

Supreme Court of Alabama.

Feb. 27, 1976.

Bryan, Nelson, Nettles & Cox and J. F. Janecky, Mobile, for petitioner.

No appearance for respondent.

SHORES, Justice.

Petition of Sarah Jean Solinger, as Administratrix etc. for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *Solinger v. Solinger*, 56 Ala.App. 225, 327 So.2d 721.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.